IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **REPUBLIC BANK,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:08-CV-1236 |
| | ) | |
| v. | ) | |
| | ) | The Honorable Judge |
| **AMTEC PRECISION PRODUCTS, INC.,** | ) | Blanche M. Manning |
| | ) | Magistrate Judge Brown |
| Defendant. | ) | |

### NOTICE OF MOTION

TO:   AMTEC Precision Products, Inc.
     1875 Holmes Road
     Elgin, Illinois  60123

   PLEASE TAKE NOTICE that the undersigned shall appear on **Thursday, March 27, 2008 at 11:00 a.m. before the Honorable Judge Blanche M. Manning**, Judge for the Northern District of Illinois, Eastern Division, in **Courtroom 2125 of the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois** and present the attached "Motion For Entry of an Order Permitting the Issuance of a Writ of Execution," a copy of which is hereby served upon you.

                              Respectfully Submitted,


                              S/ WILLIAM G. FARRAR
                              Attorney for Plaintiff, REPUBLIC BANK


**William G. Farrar (625591)**
BOLLINGER, RUBERRY & GARVEY
**500 West Madison Street
Suite 2300
Chicago, Illinois  60661
(312) 466-8000**

## CERTIFICATE OF SERVICE

I, <u>W. Grant Farrar</u>, the undersigned, on oath state that I served a copy of the forgoing "Notice of Motion for Entry of an Order Permitting the Issuance of a Writ of Execution" upon below named defendant by causing a copy to be served by First Class U.S. Mail, post pre-paid, no later than 5:00 p.m. on **March 18, 2008.**

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth are true and correct.

**<u>Defendant</u>**
**AMTEC Precision Products, Inc.**
**1875 Holmes Road**
**Elgin, Illinois  60123**

<u>S/ WILLIAM G. FARRAR</u>
**Attorney for Plaintiff, Republic Bank**