**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division**

Republic Bank
                                  Plaintiff,

v.                                                       Case No.: 1:08–cv–01236
                                                        Honorable Blanche M. Manning

AMTEC Precision Products, Inc.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 26, 2008:

      MINUTE entry before Judge Honorable Blanche M. Manning: Plaintiff's motion for entry of an order permitting the issuance of a writ of execution [6] is referred to Magistrate Judge Brown, as well as all enforcement proceedings.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.