UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Republic Bank
                          Plaintiff,

v.                                              Case No.: 1:08−cv−01236
                                                  Honorable Blanche M. Manning

AMTEC Precision Products, Inc.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 1, 2008:

      MINUTE entry before Judge Honorable Geraldine Soat Brown: This matter having been referred to Magistrate Judge Geraldine Soat Brown for proceedings with respect to plaintiff's motion for order permitting the issuance of a writ of execution, an initial status hearing is hereby set before Magistrate Judge Brown on 04/09/08 at 9:00 a.m. in Courtroom 1812 for the purpose of setting a schedule for such proceedings.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.