UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Republic Bank
                                Plaintiff,

v.                                                   Case No.: 1:08–cv–01236
                                                   Honorable Blanche M. Manning

AMTEC Precision Products, Inc.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 11, 2008:

       MINUTE entry before Judge Honorable Geraldine Soat Brown:Status hearing held and continued to a telephone status hearing on 04/29/08 at 1:30 p.m. Defendant's response to plaintiff's motion for order permitting the issuance of a writ of execution shall be filed by 04/25/08.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.