**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| **REPUBLIC BANK,** | ) | **No. 1:08-CV-01236** |
| | ) | |
| **Plaintiff,** | ) | **Honorable Blanche M. Manning** |
| | ) | |
| **v.** | ) | **Referred to the Honorable** |
| | ) | **Magistrate Judge Geraldine** |
| **AMTEC PRECISION PRODUCTS, INC.,** | ) | **Soat Brown** |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF FILING

TO:    William G. Farrar
       Bollinger, Ruberry & Garvey
       500 W. Madison Street, Suite 2300
       Chicago, IL 60661

PLEASE TAKE NOTICE that on the 25th day of April, 2008, the undersigned caused to be electronically filed with the Honorable Magistrate Judge Geraldine Soat Brown in the U.S. District Courthouse, 219 S. Dearborn, Room 1812, Chicago, Illinois Defendant Amtec Precision Products, Inc.'s Response to Plaintiff's Motion for Entry of An Order Permitting the Issuance of Writ of Execution, a copy of which is attached hereto.

                                By:    /s/ David A. Kallick
                                       One of the attorneys for Defendant,
                                       Amtec Precision Products, Inc.
                                       TISHLER & WALD, LTD.
                                       200 S. Wacker Drive, Suite 3000
                                       Chicago, Illinois 60606
                                       (312) 876-3800

## CERTIFICATE OF SERVICE

I, David A. Kallick, the undersigned, on oath state that I served a copy of the foregoing Response to Plaintiff's Motion for Entry of An Order Permitting the Issuance of Writ of Execution upon the above named attorney of record by causing a copy to be served via electronic mail, no later than 5:00 p.m. on April 25, 2008.

                                       /s/ David A. Kallick

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| REPUBLIC BANK, | ) | No. 1:08-CV-01236 |
| | ) | |
| Plaintiff, | ) | Honorable Blanche M. Manning |
| | ) | |
| v. | ) | Referred to the Honorable |
| | ) | Magistrate Judge Geraldine |
| AMTEC PRECISION PRODUCTS, INC., | ) | Soat Brown |
| | ) | |
| Defendant. | ) | |

## RESPONSE OF AMTEC PRECISION PRODUCTS, INC. TO PLAINTIFF'S MOTION FOR ENTRY OF AN ORDER PERMITTING THE ISSUANCE OF WRIT OF EXECUTION

Amtec Precision Products, Inc., Defendant herein ("Defendant"), by and through its attorneys, Tishler & Wald, Ltd., files its Response to Plaintiff's Motion for Entry of An Order Permitting the Issuance of Writ of Execution (the "Motion") and in support thereof states as follows:

### I. Introduction

1.      Plaintiff filed the Motion on or about March 18, 2008 based upon registration of a judgment entered in favor of Plaintiff against Defendant in the amount of $1,178,344.67 by the District Court for the District of Utah.

2.      The judgment was entered on November 6, 2007. After entry of the judgment, Defendant filed its Notice of Appeal and the Appeal is pending before the Tenth Circuit Court of Appeals.

3.    The Court of Appeals named David Aemmer, Chief Circuit Mediator, to mediate a settlement of the issues between Plaintiff and Defendant.

4.    As set forth in the Joint Status Report, Defendant has offered a significant settlement proposal to resolve this matter and negotiations are proceeding. The Mediator has extended the time within which Defendant is required to file its brief in connection with the appeal to May 12, 2008.

## II. Argument

5.    The Motion is an exercise in futility and should be denied by the Court. The Motion seeks authority to execute against specific property, namely stock certificates evidencing ownership by Defendant of North American Acquisition Corporation ("North American") and Amtec Molded Products, Inc. ("Amtec Molded"), both of which are wholly owned subsidiaries of Defendant. In addition, Plaintiff seeks to execute against certain equipment described in the Motion.

6.    As set forth in the Affidavit of Kanapathy Maruthamuthu attached hereto as **Exhibit "A"**, the stock certificates of North American and Amtec Molded have been pledged and delivered to one of Defendant's secured creditors with offices in India. The original stock certificates are not in the possession of Defendant and could not be turned over to Plaintiff even if the Writ of Execution were issued.

7.    Plaintiff also seeks to execute against specific equipment enumerated in the Motion. This equipment is subject to a number of security interests previously granted by Defendant to its secured creditors. A copy of the UCC searches are attached hereto as **Group Exhibit "B"**. The aggregate debt to Defendant's secured creditors is approximately

$29,820,000.00 as stated in the Kanapathy Maruthamuthu Affidavit. Plaintiff's judgment is subordinate and inferior to the security interests of Defendant's secured creditors and the approximate $29,820,000.00 of secured debt.

8.    The value of the equipment is substantially less than the judgment amount. Even if Plaintiff were able to obtain possession of the equipment, it would be required to provide notice to all of Defendant's secured creditors, and clearly no proceeds would be available to Plaintiff upon liquidation of the equipment.

9.    As noted, this matter is on appeal, and Defendant strongly believes that the trial court erred in granting Plaintiff's Motion for Summary Judgment. There were number of issues of fact which were not considered by the trial court which the Defendant believes would necessitate the reversal of the judgment by the Court of Appeals.

10.    If the judgment were reversed and Plaintiff were permitted in the interim to obtain possession and attempt to liquidate the equipment, the business interests of Defendant would be severely damaged, and issuance of the Writ of Execution would trigger defaults under the Defendant's institutional secured debts.

## III. Conclusion

Since Defendant does not have possession of the stock certificates, and there is no value in the equipment to even partially satisfy the judgment, the Plaintiff has not stated sufficient grounds for the issuance of the Writ of Execution and the Motion should be denied.

WHEREFORE, Defendant, Amtec Precision Products, Inc., respectfully requests that the Court deny the Motion for Entry of an Order Permitting the Issuance of Writ of Execution and for such other and further relief as the Court deems appropriate.

Respectfully submitted,
AMTEC PRECISION PRODUCTS, INC.


By:    /s/ David A. Kallick
       One of its attorneys


David A. Kallick (#1386891)
Alexander D. Kerr (#1450484)
Tishler & Wald, Ltd.
200 S. Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 876-3800

N:\clients\A\Amtec (UCAL) (4172)\Republic Bank (105)\Pleadings\Response to Writ of Execution.doc

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

REPUBLIC BANK, )
                     )
             Plaintiff, )
                     )
      v. )
                     )
AMTEC PRECISION PRODUCTS, INC., )
                     )
             Defendant. )

No. 1:08-CV-01236

Honorable Blanche M. Manning

Referred to the Honorable
Magistrate Judge Geraldine
Soat Brown

STATE OF ILLINOIS     )
                      ) ss.
COUNTY OF KANE      )

## AFFIDAVIT OF KANAPATHY MARUTHAMUTHU

Kanapathy Maruthamuthu, first being duly sworn on oath, states that if called as a witness, he could competently testify to the following:

1.      Affiant is the Vice-President of Amtec Precision Products, Inc. ("Amtec"), Defendant herein, and is authorized to execute this Affidavit.

2.      The stock certificates evidencing ownership of North American Acquisition Corp. and Amtec Molded Products, Inc. wholly owned subsidiaries of Amtec are in the possession and control of Ucal Fuel Systems Limited ("UCAL"), one of the secured creditors of Amtec.

3.      UCAL's offices are located in Chennai, India.

4.      Defendant does not have possession of the stock certificates.



5.    Defendant, in addition to its indebtedness to UCAL, is indebted to its other secured creditors, State Bank of India, Export-Import Bank of India and Bank of India, in the amount of approximately $29,820,000.00.  This indebtedness is secured by a pledge of all of the assets of Defendant.

Further Affiant sayeth not.

KANAPATHY MARUTHAMUTHU

Subscribed and Sworn to before me this _ day of April, 2008.

Notary Public

OFFICIAL SEAL
KENNETH W FORMANSKI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/31/08

My commission expires: 12/31/08

N:\clients\A\Amtec (UCAL) (4172)\Republic Bank (105)\Pleadings\Affidavit of Kanapathy.doc

2

# Delaware

PAGE     1

### The First State

CERTIFICATE

SEARCHED JANUARY 14, 2008, AT 10:01 A.M.
FOR DEBTOR "AMTEC PRECISION PRODUCTS, INC."

1 OF    5    FINANCING STATEMENT                    51948281
         EXPIRATION DATE: JUNE 24, 2010
DEBTOR: NORTH AMERICAN ACQUISITION CORPORATION
         1875 HOLMES RD.                         ADDED 06-24-05
         ELGIN                 IL    60123
DEBTOR: AMTEC PRECISION PRODUCTS, INC.
         1875 HOLMES RD.                         ADDED 06-24-05
         ELGIN                 IL    60123
DEBTOR: AMTEC MOLDED PRODUCTS, INC.
         866 RESEARCH PKWY                       ADDED 06-24-05
         ROCKFORD              IL    61109
SECURED: STATE BANK OF INDIA, CHICAGO BRANCH
         19 S. LASALLE ST.                       ADDED 06-24-05
         CHICAGO               IL    60603
              F I L I N G    H I S T O R Y
51948281   FILED 06-24-05    AT 12:22 P.M.    FINANCING STATEMENT

2 OF    5    FINANCING STATEMENT                    60428094
         EXPIRATION DATE: FEBRUARY 3, 2011
DEBTOR: AMTEC PRECISION PRODUCTS, INC.
         1875 HOLMES ROAD                        ADDED 02-03-06
         ELGIN                 IL    60123
SECURED: MAZUMA CAPITAL CORP
         12357 SOUTH 450 EAST, SUITE ONE         ADDED 02-03-06
         DRAPER                UT    84020    REMOVED 02-28-06
SECURED: REPUBLIC BANK, INC.
         801 NORTH 500 WEST                      ADDED 02-28-06
         SUITE 103
         WEST BOUNTIFUL        UT    84087
              F I L I N G    H I S T O R Y
60428094   FILED 02-03-06    AT  5:13 P.M.    FINANCING STATEMENT
60793570   FILED 02-28-06    AT 11:00 A.M.    ASSIGNMENT

3 OF    5    FINANCING STATEMENT                    60772400
         EXPIRATION DATE: MARCH 6, 2011



*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

20080153336UCXN

080038962

AUTHENTICATION: 6307558

DATE: 01-14-08



# Delaware

PAGE     2

### The First State

```
     DEBTOR: AMTEC PRECISION PRODUCTS, INC.
             1875 HOLMES ROAD                    ADDED 03-06-06
             ELGIN             IL   60123
    SECURED: EXPORT-IMPORT BANK OF INDIA
             CENTRE ONE, FLOOR 21                ADDED 03-06-06
             WORLD TRADE CENTRE
             CUFFE PARADE
             MUMBAI                  400 005
                  F I L I N G     H I S T O R Y
    60772400  FILED 03-06-06   AT  5:53 P.M.  FINANCING STATEMENT

        4 OF    5  FINANCING STATEMENT            71107746
                 EXPIRATION DATE: MARCH 26, 2012
     DEBTOR: AMTEC PRECISION PRODUCTS, INC.
             1875 HOLMES ROAD                    ADDED 03-26-07
             ELGIN             IL   60123
    SECURED: BANK OF INDIA, CAYMAN ISLANDS BRANCH
             277 PARK AVENUE                     ADDED 03-26-07
             NEW YORK             NY   10172
                  F I L I N G     H I S T O R Y
    71107746  FILED 03-26-07   AT 11:43 A.M.  FINANCING STATEMENT

        5 OF    5  FINANCING STATEMENT            71927762
                 EXPIRATION DATE: MAY 22, 2012
     DEBTOR: AMTEC PRECISION PRODUCTS, INC.
             1355 HOLMES ROAD                    ADDED 05-22-07
             ELGIN             IL   60123
    SECURED: CROWN CREDIT COMPANY
             40 S. WASHINGTON STREET             ADDED 05-22-07
             NEW BREMEN           OH   45869
                  F I L I N G     H I S T O R Y
    71927762  FILED 05-22-07   AT  2:39 P.M.  FINANCING STATEMENT
             E N D   O F   F I L I N G     H I S T O R Y
```

THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE
ABOVE LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING
STATEMENTS, FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS
FILED IN THIS OFFICE WHICH NAME THE ABOVE DEBTOR, AS OF JANUARY
9, 2008 AT 11:59 P.M.

_Harriet Smith Windsor_
Harriet Smith Windsor, Secretary of State

20080153336UCXN                    AUTHENTICATION: 6307558

080038962                          DATE: 01-14-08

SLC_148349_1

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME & PHONE OF CONTACT AT FILER [optional] | |
|---|---|
| Appen Manon | 2126958100 |

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
GOETZ FITZPATRICK LLP
ONE PENN PLAZA

NEW YORK NY 10119
```

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 11:43 AM 03/26/2007
INITIAL FILING # 2007 1107746

SRV: 070358359

---

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| AMTEC PRECISION PRODUCTS, INC | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1875 HOLMES ROAD | ELGIN | IL | 60123 | US |

| 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION |
|---|---|
| CORPORATION | DE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION |
|---|---|
| | |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| BANK OF INDIA, CAYMAN ISLANDS BRANCH | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 277 PARK AVENUE | NEW YORK | NY | 10172 | US |

---

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum    [if applicable]    7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional]    ☐ All Debtors    ☐ Debtor 1    ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

## UCC FINANCING STATEMENT ADDENDUM - COLLATERAL

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT | | |
|---|---|---|
| 9a. ORGANIZATION'S NAME | | |
| OR    AMTEC PRECISION PRODUCTS, INC | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |

This FINANCING STATEMENT covers the following collateral

The following property:

(1) Accounts Receivable. All accounts, chattel paper, contracts, contract rights, account receivable, tax refunds, notes receivable, documents other choses in action and general intangibles, including, but not limited to, proceeds of inventory and returned goods and proceeds from the sale of goods and services, and all rights, liens, securities, guaranties, remedies and privileges related thereto, including the right o f stoppage in transit and rights and property of any kind forming the subject matter of any of the foregoing; and

(2) Deposit Accounts. All time, savings, demand, certificate of deposit or other accounts deposits with or payable by the Bank in the name of the Grantor or in which the Grantor has any right, title or interest, including but not limited to all sums now or at any time hereafter on deposit, and any renewals, extensions or replacements of and all other property which may from time to time be acquired directly or indirectly using the proceeds of any of the foregoing; and

(3) Inventory and Equipment. All inventory and equipment of every type or description wherever located, including, but not limited to all raw materials, parts, containers, work in process, finished goods, goods in transit, wares, merchandise and goods returned for credit, repossessed, reclaimed or otherwise reacquired by the Grantor; and

(4) Documents of Title. All Documents of Title and other property from time to time received, receivable or otherwise distributed in respect of, exchange or substitution for or addition to any of the foregoing including but not limited to any Documents of Title; and

(b) Other Property: All other intangible property; and

(1) all proceeds (including but not limited to insurance proceeds) and products of and accessions and annexations to any of the foregoing; and

(2) All assets of any type or description that may at any time be assigned or delivered to or come into possession of the Bank for any purpose for the account of the Grantor or as to which the Grantor may have any right, title interest or power, and property in the possession or custody of or in transit to anyone for the account of the Bank, as well as all proceeds and products thereof and accessions and annexations thereto; and

(3) All know-how, information, permits, patents, copyrights, goodwill, trademarks, trade names, licenses and approvals held by Borrower and its subsidiaries; and

(4) all of the books, records and documents pertaining to any of the foregoing.

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME & PHONE OF CONTACT AT FILER [optional] | |
|---|---|
| | 8008335778 |

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

```
UCC DIRECT SERVICES
2727 ALLEN PARKWAY
SUITE 1000
HOUSTON TX 77019
```

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 02:39 PM 05/22/2007
INITIAL FILING # 2007 1927762

SRV: 070600738

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| AMTEC PRECISION PRODUCTS, INC. | | | | | |

| OR | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|
| | | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1355 HOLMES ROAD | ELGIN | IL | 60123 | US |

| 1d. | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|
| | CORPORATION | DE | |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| | | | | | |

| OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|
| | | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|
| | | | |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| CROWN CREDIT COMPANY | | | | | |

| OR | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|
| | | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 40 S. WASHINGTON STREET | NEW BREMEN | OH | 45869 | US |

| 6. | This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum    [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|---|

**8. OPTIONAL FILER REFERENCE DATA**
DE-0-22284973-10210

## UCC FINANCING STATEMENT ADDENDUM – COLLATERAL
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT | | |
|---|---|---|
| 9a. ORGANIZATION'S NAME | | |
| AMTEC PRECISION PRODUCTS, INC. | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

This FINANCING STATEMENT covers the following collateral

(2) Komatsu Lift Trucks, FG30ST-12TT-190.5, SN:563063A, 557840A

SLC_ 148349_1

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

John Miller                               3126540001

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

WOERTHWEIN & MILLER

70 W. MADISON

1400

CHICAGO IL 60602

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 12:22 PM 06/24/2005
INITIAL FILING NUM: 5194828 1
AMENDMENT   NUMBER: 0000000
SRV: 050528823

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| AMTEC PRECISION PRODUCTS, INC. | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1875 HOLMES RD. | ELGIN | IL | 60123 | US |

| 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION |
|---|---|
| CORPORATION | DE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| NORTH AMERICAN ACQUISITION CORPORATION | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1875 HOLMES RD. | ELGIN | IL | 60123 | US |

| 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION |
|---|---|
| CORPORATION | DE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| STATE BANK OF INDIA, CHICAGO BRANCH | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 19 S. LASALLE ST. | CHICAGO | IL | 60603 | US |

| 6. | This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum    [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

SLC_ 148349_1

# UCC FINANCING STATEMENT ADDENDUM- debtors
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| | 9a. ORGANIZATION'S NAME | | |
|---|---|---|---|
| OR | AMTEC PRECISION PRODUCTS, INC. | | |
| | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| | | | |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|---|
| OR | AMTEC MOLDED PRODUCTS, INC. | | | | | |
| | 2b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | | | | | | |
| | 2c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| | 866 RESEARCH PKWY | | ROCKFORD | IL | 61109 | US |
| | | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | | | |
| | | CORPORATION | IL | | | |

# UCC FINANCING STATEMENT ADDENDUM – COLLATERAL

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT | | |
|---|---|---|
| 9a. ORGANIZATION'S NAME | | |
| AMTEC PRECISION PRODUCTS, INC. | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| | | |

This FINANCING STATEMENT covers the following collateral

All Accounts, Equipment, General Intangibles, and all property of Debtor (whether now owned or existing or hereafter acquired or arising or in which Debtor now has or may hereafter acquire any rights), and all accessions to, substitutions for, and all replacements, proceeds (including without limitation, proceeds of any insurance policies), and products of all such Accounts, Equipment, General Intangibles, property, and all Debtor's Books related to any of the foregoing, together with all of Debtor's right, title and interest in and to any deposits or other sums at any time credited by or due from the State Bank of India to Debtor.

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

Diligenz                                    8008585294

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

DILIGENZ, INC.

6500 HARBOR HEIGHTS PARKWAY

SUITE 400

MUKILTEO WA 98275

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 05:13 PM 02/03/2006*
*INITIAL FILING NUM: 6042809 4*
*AMENDMENT    NUMBER: 0000000*
*SRV: 060107546*

---

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| AMTEC PRECISION PRODUCTS, INC. | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1875 HOLMES ROAD | ELGIN | IL | 60123 | US |

| | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | |
|---|---|---|---|
| | CORPORATION | DE | |

---

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | |
|---|---|---|---|
| | | | |

---

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| MAZUMA CAPITAL CORP | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 12357 SOUTH 450 EAST, SUITE ONE | DRAPER | UT | 84020 | US |

---

5. ALTERNATIVE DESIGNATION - Lessee-Lessor                2

6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum    [if applicable]    7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional]    ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

AMTEC - 909-1-NE    DE-SOS    [17516652]

---

## UCC FINANCING STATEMENT ADDENDUM - COLLATERAL

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT | | |
|---|---|---|
| 9a. ORGANIZATION'S NAME AMTEC PRECISION PRODUCTS, INC. | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

This FINANCING STATEMENT covers the following collateral

Twin grip grinders and ultra precision grinding machines along with all other
Property leased under Lease Schedule No. 61-01 to Master Lease
Agreement No. MCC0909 between AMTEC Precision Products, Inc. as Lessee and
Mazuma Capital Corp as Lessor.

THIS IS A "TRUE LEASE".   FILING IS FOR INFORMATIONAL PURPOSES ONLY.   THE
PARTIES DO NOT BELIEVE THE LEASE IS SUBJECT TO
UCC9.   THE PROPERTY IS OWNED BY LESSOR AND LEASED TO LESSEE.   LESSEE DOES NOT
HAVE THE RIGHT TO SELL OR PLEDGE THE
PROPERTY.

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

Diligenz, Inc.    1-800-858-5294

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

⌐
17931569
Prepared By:
Diligenz, Inc.
6500 Harbour Heights Pkwy, Suite 400
Mukilteo, WA 98275

Filed In: Delaware  (S.O.S.)
⌐

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 11:00 AM 02/28/2006*
*INITIAL FILING NUM: 6042809 4*
*AMENDMENT   NUMBER: 6079357 0*
*SRV: 060200194*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #

60428094   2/3/2006

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the ☐ REAL ESTATE RECORDS.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☒ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor *or* ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| AMTEC Precision Products, Inc. | | | |
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Republic Bank, Inc. | | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 801 North 500 West, Suite 103 | West Bountiful | UT | 84087 | USA |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☒ assigned.

FULL ASSIGNMENT

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Mazuma Capital Corp | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

10. OPTIONAL FILER REFERENCE DATA

AMTEC - 909-1-NE  DE-SOS                                                      17931569

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

Jesse S. Burbage                                  4048178041

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

BURBAGE&WEDDELL

100 COLONY SQUARE

SUITE 200

ATLANTA GA 30361

```
DELAWARE DEPARTMENT OF STATE
     U.C.C. FILING SECTION
   FILED 05:53 PM 03/06/2006
INITIAL FILING NUM: 6077240 0
AMENDMENT   NUMBER: 0000000
       SRV: 060220001
```

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| AMTEC PRECISION PRODUCTS, INC. | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1875 HOLMES ROAD | ELGIN | IL | 60123 | US |

| | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION |
|---|---|---|
| | CORPORATION | DE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION |
|---|---|---|
| | | |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| EXPORT-IMPORT BANK OF INDIA | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| CENTRE ONE, FLOOR 21 WORLD TRADE CENTRE CUFEE PARADE | MUMBAI | | 400 005 | IN |

| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum   [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

1047-9

SLC_ 148349_1

# UCC FINANCING STATEMENT ADDENDUM – COLLATERAL
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT | | |
|---|---|---|
| 9a. ORGANIZATION'S NAME | | |
| AMTEC PRECISION PRODUCTS, INC. | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| | | |

OR (to the left of row 9a/9b)

**This FINANCING STATEMENT covers the following collateral**

All accounts, equipment, general intangibles and all property of Debtor (whether now owned or existing or hereafter acquired or arising or in which Debtor now has or may hereafter acquire any rights) and all accessions to, substitutions for and all replacements, proceeds (including without limitation proceeds of any insurance policies) and products of all such accounts, equipment, general intangibles, property and all Debtor's books related to any of the foregoing.