UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Republic Bank
                    Plaintiff,
v.                                            Case No.: 1:08−cv−01236
                                              Honorable Blanche M. Manning
AMTEC Precision Products, Inc.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 27, 2008:

       MINUTE entry before the Honorable Geraldine Soat Brown:Telephone status hearing held and continued to 05/27/08 at 1:30 p.m. Plaintiff's counsel shall initiate the call. Counsel report that a settlement in principle has been reached in the underlying action. Accordingly, proceedings on the plaintiff's motion for order permitting the issuance of a writ of execution are stayed until the next status date or until further order of the Court.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.