**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Republic Bank
                                  Plaintiff,

v.                                                            Case No.: 1:08−cv−01236
                                                              Honorable Blanche M. Manning

AMTEC Precision Products, Inc.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 27, 2008:

      MINUTE entry before the Honorable Geraldine Soat Brown:The minute order dated 05/27/08 is amended as follows: Telephone status hearing held and continued to 07/29/08 at 1:30 p.m. Plaintiff's counsel shall initiate the call. Remainder of order shall stand.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.