IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **REPUBLIC BANK,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:08-CV-1236 |
| | ) | |
| v. | ) | The Honorable Judge |
| | ) | Blanche M. Manning |
| **AMTEC PRECISION PRODUCTS, INC.,** | ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | |

### AGREED STIPULATION AND MOTION TO DISMISS

Plaintiff Republic Bank, (the "Plaintiff"), and Defendant AMTEC Precision Products ("Defendant"), by and through their counsel of record, hereby submit their agreed stipulation and motion to dismiss, and state as follows:

1. Plaintiff Republic filed its Motion for Entry of an Order Permitting the Issuance of a Writ of Execution, pursuant to Fed. R. Civ.P.69 and 735 *ILCS 5/12 et. seq.* with the Court on March 18, 2008. This case stems from the February 29, 2008 registration of a judgment entered by the United States District Court for the District of Utah. This case was referred to the Honorable Geraldine Soat-Brown on March 26, 2008 for further proceedings.

2. A mediation in the Tenth Circuit Court of Appeals resulted in the parties settling all matters between them.

3. In compliance with the settlement and release executed by the parties, Plaintiff and Defendant seek to enter an agreed order of dismissal of this case, all fees and costs to be borne by the respective parties.

WHEREFORE, Plaintiff and Defendant pray this Court enter an order dismissing this case, pursuant to the stipulation of the Parties set forth herein.

DATED this _____ day of June, 2008.

Submitted by:

**BOLLINGER, RUBERRY & GARVEY**

*S/ WILLIAM G. FARRAR*
―――――――――――――――
*Attorney for Plaintiff, Republic Bank*

**Tishler & Wald, LTD.**

*S/ DAVID A. KALLICK*
―――――――――――――――
*Attorney for Defendant, Amtec Precision Products, Inc.*

2

## CERTIFICATE OF SERVICE

I, <u>W. Grant Farrar</u>, the undersigned, on oath state that I served a copy of the forgoing "Motion For Agreed Stipulation and Motion To Dismiss" upon below named attorney(s) for defendant by causing a copy to be served via electronic mail no later than 5:00 p.m. on **June 26, 2008.**

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth are true and correct.

**<u>Defendant, AMTEC Precision Products, Inc.</u>**
**David A. Kallick**
**Alexander D. Kerr, Jr.**
**TISHLER & WALD, LTD.**
**200 S. Wacker Drive**
**Suite 3000**
**Chicago, Illinois 60606**
dkallick@tishlerandwald.com
(312) 876-3800
(312) 876-3816

<u>S/ WILLIAM G. FARRAR</u>
**Attorney for Plaintiff, Republic Bank**

2