IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **REPUBLIC BANK,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:08-CV-1236 |
| | ) | |
| v. | ) | |
| | ) | The Honorable Judge |
| **AMTEC PRECISION PRODUCTS, INC.,** | ) | Blanche M. Manning |
| | ) | Magistrate Judge Brown |
| Defendant. | ) | |

### NOTICE OF MOTION

TO:  AMTEC Precision Products, Inc.
   1875 Holmes Road
   Elgin, Illinois  60123

   PLEASE TAKE NOTICE that the undersigned shall appear on **July 10, 2008 at 11:00 a.m. before the Honorable Judge Blanche M. Manning**, Judge for the Northern District of Illinois, Eastern Division, in **Courtroom 2125 of the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois** and present the attached "Motion For Agreed Stipulation and Motion To Dismiss," a copy of which is hereby served upon you.

                              Respectfully Submitted,


                              *S/ WILLIAM G. FARRAR*
                              **Attorney for Plaintiff, REPUBLIC BANK**


William G. Farrar (625591)
BOLLINGER, RUBERRY & GARVEY
500 West Madison Street
Suite 2300
Chicago, Illinois  60661
(312) 466-8000

## CERTIFICATE OF SERVICE

I, W. Grant Farrar, the undersigned, on oath state that I served a copy of the forgoing "Motion For Agreed Stipulation and Motion To Dismiss" upon below named attorney(s) for defendant by causing a copy to be served via electronic mail no later than 5:00 p.m. on **June 26, 2008.**

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth are true and correct.

**Defendant, AMTEC Precision Products, Inc.**
**David A. Kallick**
**Alexander D. Kerr, Jr.**
**TISHLER & WALD, LTD.**
**200 S. Wacker Drive**
**Suite 3000**
**Chicago, Illinois  60606**
dkallick@tishlerandwald.com
(312) 876-3800
(312) 876-3816

S/ *WILLIAM G. FARRAR*
**Attorney for Plaintiff, Republic Bank**