UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Republic Bank
                       Plaintiff,

v.                                                Case No.: 1:08−cv−01236
                                                Honorable Blanche M. Manning

AMTEC Precision Products, Inc.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 9, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Agreed stipulation and motion to dismiss [19] is granted. This case is dismissed with prejudice and without costs. All pending dates are hereby stricken. Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.